O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>Aguilar, Arnold<br><br>                Defendant. | Case No.: SA 13-354 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____SD CA_____ , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

      The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

      The Court finds that:

A.    (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _Background, county ties unknown due to failure to interview; bail resources unknown_

1   _____

2   _____

3   and/or

4   B.    (X) The defendant has not met his/her burden of establishing by clear and

5        convincing evidence that he/she is not likely to pose a danger to the safety of any

6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7        finding is based on _____ criminal history record and

8        _____ recent conv for crime of violence

9        _____ while under supervision

10       _____

11       _____

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED: ___8/13/13___

17                                                ROBERT N. BLOCK
                                                 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28